IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LOUIS WRITT III | § | |
| v. | § | CIVIL ACTION NO. 6:26cv173 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

The Petitioner Louis Writt III filed this application for the writ of habeas corpus, but did not submit a filing fee in the amount of $5.00 or an application for leave to proceed *in forma pauperis* which is accompanied by a data sheet or inmate account summary sheet certified by an officer at the institution in which he is presently confined. It is accordingly

**ORDERED** that the Petitioner shall have 30 days from the date of receipt of this order in which to either: (1) pay the statutory $5.00 filing fee, or (2) furnish an application for leave to proceed *in forma pauperis* which is accompanied by a properly certified *in forma pauperis* data sheet or inmate account record. The Clerk shall send Petitioner a copy of a standard *in forma pauperis* application form along with this order. The data sheet or inmate account record may be obtained from an authorized officer in the law library at the institution where he is confined. Commissary slips are not an acceptable substitute.

Failure to comply with this order may result in the dismissal of the petition under Fed. R. Civ. P. 41(b).

So ORDERED and SIGNED this 20th day of April, 2026.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE